IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BOBBY C. HICKS                                                                                         PLAINTIFF

v.                                    NO. 4:11CV00507 JMM/HDY

MICHAEL J. ASTRUE, Commissioner                                              DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Bobby C. Hicks ("Hicks") has filed the pending motion for enlargement of time. See Document 9. For good cause shown, the motion is granted. Hicks is given up to, and including, November 30, 2011, to file a brief. The brief from the Commissioner of the Social Security Administration is due forty-two days from the filing of Hicks' brief.

IT IS SO ORDERED this ___17___ day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE